# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIEUTENANT JAMES DEANGELO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF PHILADELPHIA ) <br> and CAPTAIN MARIA ORTIZ-RODRIGUEZ, ) <br> ) <br> Defendants. ) | No. 2:23-cv-03427-KNS |

## NOTICE OF OFFER OF JUDGMENT

The undersign here by certifies that on January 3, 2025, The City of Philadelphia (the "City), by and through CLARK HILL PLC, served the City's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68, upon all counsel of record.

Dated:   January 3, 2025           CLARK HILL PLC

*/s/ Andrew P. Carroll*
Andrew P. Carroll (316334)
Jessica D. Reilly (324575)
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, Pennsylvania 19103
(215) 640-8500
apcarroll@clarkhill.com
jreilly@clarkhill.com

*Attorneys for Defendant City of Philadelphia*

280202253

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed through the ECF system and will be electronically served on all counsel of record through the ECF system on January 3, 2025.

CLARK HILL, PLC
*/s/ Andrew P. Carroll*
Andrew P. Carroll, Esq.
