IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIEUTENANT JAMES DeANGELO,** | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 23-3427 |
| **CITY OF PHILADELPHIA,** *et al.*, | : |
| *Defendants.* | : |

### ORDER

**AND NOW,** this **21st** day of **January 2025**, upon consideration of the Plaintiff's Motion in Limine to Preclude Prejudicial Testimony and Evidence Regarding 2015 Traffic Stop (ECF No. 48), Defendants' Motion in Limine to Preclude Internal Affairs Investigative Report and Related Testimony from Trial (ECF No. 54), Defendants' Motion in Limine to Preclude Lay Witnesses, Officers Cinnamon Hill and Sahama Dennis, from Offering their Opinion on the Ultimate Issue at Trial (ECF No. 55), Defendants' Motion in Limine to Preclude Testimony and Evidence Related to Captain Ortiz-Rodriguez's Husband and Council Woman Quinones Sanchez (ECF No. 56), and Defendants' Motion in Limine to Preclude Testimony and Evidence Related to Plaintiff's Dismissed Claims (ECF No. 58), along with the oral arguments presented at the Final Pretrial Conference in support of and in opposition to said Motions, and the further written briefing put forth regarding ECF No. 54 (*see* ECF Nos. 60, 63), it is **hereby ORDERED** as follows:

1. Plaintiff's Motion in Limine to Preclude Prejudicial Testimony and Evidence Regarding 2015 Traffic Stop (ECF No. 48) is **GRANTED** as detailed at the Final Pretrial Conference;

1

2. Defendants' Motion in Limine to Preclude Internal Affairs Investigative Report and Related Testimony from Trial (ECF No. 54) is **GRANTED in PART** as detailed at the Final Pretrial Conference;

3. Defendants' Motion in Limine to Preclude Lay Witnesses, Officer Cinnamon Hill and Sahama Dennis, from Offering their Opinion on the Ultimate Issue at Trial (ECF No. 55) is **GRANTED** as detailed at the Final Pretrial Conference;

4. Defendants' Motion in Limine to Preclude Testimony and Evidence Related to Captain Ortiz-Rodriguez's Husband and Council Woman Quinones Sanchez (ECF No. 56) is **GRANTED** as detailed at the Final Pretrial Conference; and

5. Defendants' Motion in Limine to Preclude Testimony and Evidence Related to Plaintiff's Dismissed Claims (ECF No. 58) is **GRANTED in PART** as detailed at the Final Pretrial Conference.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge